UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TONICO D. VINSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | CAUSE NO. 1:09-CV-331 RM |
| v. ) | |
| ) | |
| CHRIS BUTCHE, *et al.*, ) | |
| ) | |
| Defendants ) | |

## OPINION AND ORDER

On November 24, 2009, Tonico D. Vinson, a *pro se* prisoner, signed a complaint trying to sue the same six defendants that he tried to sue in <u>Vinson v. Stefanatos</u>, 1:09-cv-294 (N.D. Ind. filed October 27, 2009). That case was dismissed with prejudice on November 2, 2009. This case isn't only against the same six defendants, it also presents the same meritless claims. Under 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint. These claims didn't state a claim when he presented them to the court a month ago, and they don't state a claim now. Furthermore, it is malicious to sue the same people for the same acts after those claims have been dismissed.

For the foregoing reasons, this case is DISMISSED pursuant to 28 U.S.C. §1915A because it is malicious.

SO ORDERED.

ENTERED: December  1 , 2009

                                             /s/ Robert L. Miller, Jr.
                                             Chief Judge
                                             United States District Court

cc: T. Vinson